## Commonwealth ex rel. Smith, Appellant, *v.* Russell.

Submitted March 15, 1965. *Edward J. Smith,* appellant, in propria persona; *Benjamin H. Renshaw, Jr.* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Taylor, Appellant, *v.* Rundle.

Submitted March 15, 1965. *Andrew Taylor,* appellant, in propria persona; *Patrick F. Casey* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.